disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

CAPTORIA WHITE, Appellant, v. MORRISTOWN TRUST COMPANY, Individually and as Trustee, etc., of WILLIAM FREELAND, Deceased, Respondent.— Judgment reversed on the law and a new trial granted, with costs to abide the event. We think the learned trial justice erred in rejecting the testimony of the witnesses as to the condition of the stoop at the time of the accident. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.; concur.

EMANUEL YAVELOW, Respondent, v. NEW YORK INDEMNITY COMPANY, Appellant.— We are unable to distinguish the case at bar from that of *Rosenthal* v. *American Bonding Co.* (207 N. Y. 162), and it follows that the judgment appealed from cannot be sustained. The judgment is, therefore, reversed on the law and the facts, and the complaint dismissed, with costs. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

In the Matter of the Petition of HENRY BUTTNER for a Determination as to the Validity, Construction or Effect of the Disposition of the Residuary Estate Contained in the Will of AMANDA F. BUTTNER, Late of the County of Westchester, Deceased.— Motion for reargument denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of RAY L. LEVITCH, Appellant, for a Peremptory Order of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion for substitution of appellant granted. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

ALBIN LAWRENCE, Respondent, v. GEORGE COLON & COMPANY, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

FREDERICK METZGER, Respondent, v. CUSHMAN'S SONS, INC., Appellant. WILLIAM METZGER, an Infant, etc., Respondent, v. CUSHMAN'S SONS, INC., Appellant.— Motions for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

FREDERICK METZGER, Respondent, v. CUSHMAN'S SONS, INC., Appellant. WILLIAM METZGER, an Infant, etc., Respondent, v. CUSHMAN'S SONS, INC., Appellant.— Motions for stay granted to enable appellant to apply to the Court of Appeals for leave to appeal. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

NATIONAL PACKING BOX FACTORY, JAMES H. DYKEMAN, INC., Respondent, v. NATIONAL PACKING BOX CORPORATION, Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

LUCILLE NICOL, Respondent, v. NEW YORK EVENING POST, INC., Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

JOSEPH F. O'HARA, Respondent, v. WESTCHESTER TRUST COMPANY, Appellant. — Motion for reargument of motion denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

CHARLES J. PINTEL, Respondent, v. NOTICK REALTY COMPANY, INC., Appellant, Impleaded with LOUIS N. LESSER and Others, Defendants.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.